FILED
CLERK, U.S. DISTRICT COURT

JUN 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALAN ABRAHAM,<br><br>               Petitioner,<br><br>        v.<br><br>JOHN MARSHALL, Warden,<br><br>               Respondent. | No. CV 07-3172-PSG (PLA)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

## INTRODUCTION

On May 14, 2008, the United States Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that petitioner's Petition for Writ of Habeas Corpus be denied and the action dismissed with prejudice. Thereafter, on June 2, 2008, petitioner filed Objections to the R&R ("Objections").

## DISCUSSION

The Court has reviewed the Objections, and finds that petitioner has generally elaborated on his arguments raised in the Petition. As the Magistrate Judge has adequately addressed and disposed of these claims in the R&R, the Court remains unpersuaded that petitioner should be afforded relief.

1    The Court notes, however, that in the R&R, the Magistrate Judge discusses the decision

2   in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), where the Ninth Circuit granted habeas

3   relief to a petitioner who had been denied parole after serving twenty-seven years of a fifteen-

4   years-to-life sentence.  (See R&R at 13-14).  On May 16, 2008, subsequent to the R&R being

5   issued, the Ninth Circuit ordered that Hayward be reheard en banc.  See Hayward v. Marshall,

6   ___ F.3d ___, 2008 WL 2131400 (9th Cir. May 16, 2008).  Although Hayward now is not to be cited

7   as precedent by any court of the Ninth Circuit, this does not change the outcome of the R&R.  As

8   set forth by the Magistrate Judge, petitioner's parole denial is supported by "some evidence," such

9   as the circumstances of the commitment offense, petitioner's criminal history and history of prison

10   disciplinary infractions, as well as his psychological evaluation.  (See R&R at 14-15).  Moreover,

11   as the R&R explains, petitioner's case is distinguishable from the facts of Hayward.  (See R&R

12   at 13-14).  Thus, the Hayward decision was not supportive of petitioner's habeas claims, and the

13   omission of Hayward from the R&R would have no bearing on the Court's ultimate decision to

14   deny petitioner habeas relief.

15

16                                    **CONCLUSION**

17    Based on the foregoing and pursuant to 28 U.S.C. § 636, the Court has reviewed the

18   Petition, all of the records herein, the Report and Recommendation of the United States

19   Magistrate Judge, and the Objections to the Report and Recommendation.  The Court has made

20   a de novo determination of the portions of the Report and Recommendation to which Objections

21   were directed.  The Court concurs with and adopts the findings and conclusions of the Magistrate

22   Judge. Accordingly, IT IS ORDERED THAT:

23    1.    Judgment shall be entered dismissing the action with prejudice.

24    2.    The clerk shall serve this order and the judgment on all counsel or parties of record.

25

26   DATED:  6/11/08

27                                    _____
                                     HONORABLE PHILIP S. GUTIERREZ
28                                    UNITED STATES DISTRICT JUDGE