FILED
CLERK, U.S. DISTRICT COURT

JUN 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALAN ABRAHAM, | No. CV 07-3172-PSG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the order adopting the findings, conclusions and recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6/11/08

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE